John Doe, *ex dem.* of Andrew J. Averit and another, plain-
tiffs in error, *vs.* Richard Roe, *casual ejector*, and James
Alleam, tenant in possession, defendants in error.

Under a grant to the orphans of A., who had but a single orphan, that orphan
will take.

Ejectment, in Floyd Superior Court.   Nonsuit, by Judge
Hammond, August, 1857.

Plaintiff proved that the defendant was in possession at the
commencement of the suit.    He then read to the jury, a grant
from the State to Benjamin Averit's orphans, of Lester's Dis-
trict, Pulaski county, for  the lot of land sued for,  dated 23d
February, 1850.    He then proposed to read the answers of a
witness, Thomas Pope, taken  by  commission, to prove that
Andrew J. Averit, one of the lessors, was the orphan and on-
ly orphan of  Benjamin Averit ; that witness gave in a draw
for him in the  Cherokee Land Lottery ; that he  resided in
Lester's District, Pulaski county.

Counsel for defendant  objected to the reading of the depo-
sitions on the ground that the  grant was to Benjamin  Aver-
it's orphans, which  must  be two  or more, and the answers
proved that there was but one, and therefore, contradicted the
grant.

The Court sustained the  objection, rejected the testimony,
and non-suited plaintiff.    And counsel for plaintiff excepted.

Mitchell, and Akin, for plaintiff in error.

Alexander, for defendant  in error.

*By  the  Court.*—Benning, J. delivering the opinion.

The grant was to " Benj. Averit's orphans."    If Benjamin
Averit had but one orphan, was this a grant to that orphan ?
We think it was.

In *Hollifield vs. Still* 17 *Ga.* 280, the word " *heir*" had to be considered as equivalent to the word heirs. And see 2 *Vern.* 325 ; *Richards & Bergarenny, Cro. Eliz* 413 ; 1 *Burr* 38 ; 5 *Com. Dig.,* " *Parols*" (*A.* 9.)

Now, it is easier to say, that the word, heirs, shall have the meaning of the word heir, than it is to say, that the word heir, shall have the meaning of the word heirs, for the plural includes the singular, but the singular does not include the plural.

Can there be a doubt, that under a gift " to the children of A.," he having but a single child, that that child would take ; or, that under a bequest of " all my horses," a single horse would pass. There can be as little doubt that under a gift " to orphans" a single orphan will take.

This being so, the evidence that was rejected, could not have varied the grant. Therefore, there was error in its rejection.

Judgment reversed